# EXHIBIT A

No. 110—CITY LEASE. Revised June 1, 1968—2500—9-92. Printed and for sale by The Brown Printing Co., Montgomery, Ala.

# State of Alabama,
## Montgomery County

THIS LEASE, made this **1st** day of **January**, **2004** by and between **Carl and Augustine Cheatham**, hereinafter called Lessor, and **Pamela Cox**, hereinafter called Lessee. WITNESSETH:

Lessor does hereby let and lease to Lessee the following premises in the City of **Montgomery**, Alabama, viz: **434 E. Vanderbilt Loop, Montgy, AL 36109**, for occupation as a **Single Family Residence** and not otherwise for and during the term of **six months**, to-wit: from the **1st** day of **January 2004** to the **30th** day of **June 2004**, and covenants to keep Lessee in quiet possession of the premises during said term provided Lessee shall comply with all the stipulations of this lease; **$25.00 late fee after the 5th of the month**.

In consideration whereof Lessee agrees to pay Lessor $ **800.00** in advance on the first day of each month, being at the rate of $ **9,600.00** per annum, as evidenced by promissory notes bearing even date herewith and marked "subject to lease of even date."

[standard printed lease terms]

1. No interest to be paid on security deposit.
2. If lease is to be continued or terminated, a lessor and lessee will negotiate within sixty days to the end of lease period.
3. A deposit of $100.00 pet fee will be added to original $800.00 deposit.
4. Azalea, crepe myrtle, and magnolia trees are not to be trimmed. Other shrubs may be trimmed slightly, but not cut back.

IN WITNESS WHEREOF the respective parties have hereunto set their hands and seals on this the **9th** day of **January 2004**.

ATTEST:

_Pamela F. Cox_ (L. S.)
_Carl W. Cheatham_ (L. S.)
_Augustine Cheatham_ (L. S.)