CASE NO. _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _2ND_ day of _JUNE_ , _2005_ , I

served this summons together with the complaint as follows:

☑ By personal service on the defendant at _5701 E. SHIRLEY LN._

_APT. 1105    MONTGOMERY, AL  36117_

☐ By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode. (Give name and address of person served.)

_____

_____

☐ By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association. (Give name, capacity and

address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.*

_6-2-05_
**Date**

_____
*Authorized or Specially Appointed Process Server*

Costs of Service:    Service fee:                              $ _____
                     Expenses: _____ miles @ _____ cents    $ _____

                              TOTAL        $ _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

2005 JUN -6  A 10: 04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FARMERS INSURANCE GROUP,           )
as subrogee of CARL and            )
AUGUSTINE CHEATHAM,                )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )
                                   )
PAMELA COX,                        )
                                   )
        Defendant.                 )

**Summons**
(Issued pursuant to Rule 4 of
the Federal Rules of Civil
Procedure or other appropriate
law.)

**CIVIL ACTION CASE NUMBER:**
2 : 05cv 522 . W

TO DEFENDANT   Pamela Cox , 5701 E. Shirley Lane, Apartment 1105, Montgomery,
Alabama 36117-1951

You are hereby summoned and required to serve upon plaintiff's attorney(s):

L. Jackson Young, Jr., Huckaby Scott & Dukes, P.C., 2100 Third Avenue North, Suite 700,

Birmingham, Alabama 35203

a response to the complaint which is herewith served upon you, within __20__ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 6 / 2 / 05

Debra P. Hackett, Clerk

By: _____

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be
prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104