IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE GROUP, a/s/o ) | |
| CARL AND AUGUSTINE CHEATHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:05-CV-522-W |
| PAMELA COX, ) | |
| ) | |
| Defendant. ) | |

### DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Farmers Insurance Group, a/s/o Carl and Augustine Cheatham, by and through its counsel and pursuant to Fed. R. Civ. P. 41(a)(1), and hereby files this dismissal of Plaintiff's Complaint against Defendant Pamela Cox without prejudice.

Respectfully submitted,

By: /s/L. Jackson Young, Jr.
Bar No.: ASB-7946-G65L

**OF COUNSEL:**
John W. Scott (Bar No.: ASB-1788-T68J)
L. Jackson Young, Jr.

HUCKABY SCOTT & DUKES, P.C.
Huckaby Scott & Dukes, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

Telephone: (205) 251-2300
Telecopier: (205) 251-6773

>E-mail: jws@hsdpc.com
>ljy@hsdpc.com
>
>Attorneys for Plaintiff
>Farmers Insurance Group,
>a/s/o Carl and Augustine Cheatham

**OF COUNSEL:**
Karen D. Fultz, Esq.
Georgia Bar No.: 266976
COZEN O' CONNOR
303 Peachtree Street, N.E.
2200 SunTrust Plaza
Atlanta, Georgia 30308

Telephone: (404) 572-2000
Telecopier: (404) 572-2199

E-mail: kfultz@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Furthermore, I hereby certify that I have mailed by United States Postal Service, first-class postage prepaid, the foregoing to the following non-CM/ECF participant, as follows:

>Pamela Cox
>5701 E. Shirley Lane
>Apt. 1105
>Montgomery, Alabama 36117-1951

DONE this the 20th day of July, 2005.

>/s/ L. Jackson Young, Jr.
>Of Counsel

34675.1