**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 20, 2005

***NOTICE OF DISMISSAL PURSUANT TO RULE 41***

Leilus Jackson Young, Jr.
Huckaby Scott & Dukes, PC
2100 Third Avenue North
Suite 700
Birmingham, AL 35203

John Winston Scott
Huckaby Scott & Dukes, PC
2100 Third Avenue North
Suite 700
Birmingham, AL 35203

Re: Farmers Insurance Group v. Cox
Civil Action No. 2:05-cv-00522-W

Dear Sirs:

Pursuant to the Stipulation of Dismissal filed by the Plaintiff on July 20, 2005, this case has been closed and removed from the pending docket of this court.

Sincerely,

DEBRA P. HACKETT, CLERK

By:
Deputy Clerk

DPH/dy